Edward Thomas Kennedy
800 Court Street, Apt 223
Reading, PA 19601
Phone: 415-275-1244.
Fax: 570-609-1810.



John A. Cerino, Clerk of Court
United States District Court - District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Dear Clerk of Court Cerino,

Please file on demand the following enclosed documents:

    1-    Cover sheet (one page)
    2-    Motion to Proceed In Forma Pauperis i.e. Waive Fees (5 pages)
    3-    (Original) Complaint
    4-    [Proposed] Order

Please also filed the enclosed Notice and Objection, which links to Doc 11 in civil action No. 19-893-CFC.

Thank you for your assumed cooperation in advance. If you have any questions, please contact me at (415) - 275-1244 or at email pillar.of.peace.2012@gmail.com.

Date: August 30, 2019.

                                        Sincerely,

                                        _____
                                        Edward Thomas Kennedy, Plaintiff