## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

EDWARD THOMAS KENNEDY,

        Plaintiff,

v.

        Case No. _____
        Verified
        Jury Trial Demanded

LEONARD P. STARK, et al.,

        Defendants.

### [Proposed] ORDER

The Plaintiff's request for the Court to enter judgment in his favor and against all the Defendants for the following:

(a) Awarding compensatory damages to the Plaintiff for emotional stress, humiliation, embarrassment and anxiety;

(b) Awarding compensatory damages to the Plaintiff for damages for failure to proceed with his Complaints listed herein In the approximate amount of $31,200,000.00;

(c) Awarding punitive damages against Stark, Anderson and Connolly;

(d) Awarding the cost of this action, together with reasonable attorney fees and expenses;

(e) Awarding compensatory damages to the Plaintiff for lost wages, travel expenses, and other monetary damages in the presently undetermined amount;

(f) Awarding other damages that are provided by statute and/or under 42 U.S.C. section 1983, 1985 and/or 1988;

(g) Granting such other and further relief as the court deems appropriate and just.

        is granted._____

        is not granted._____

Date: _____

        _____
        By the Court