IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD THOMAS KENNEDY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-1641 (MN) |
| | ) |
| LEONARD P. STARK, et al., | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

At Wilmington this 12th day of September 2019, the Court having considered the application to proceed in District Court without prepaying fees or costs under 28 U.S.C. § 1915;

IT IS HEREBY ORDERED that:

1. The application is DENIED based on Plaintiff's annual income of $16,692.00 (D.I. 1).

2. Plaintiff shall pay the $400.00 filing fee within thirty (30) days from the date of this Order or the case will be dismissed.

_____<br>
The Honorable Maryellen Noreika<br>
United States District Judge