IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD THOMAS KENNEDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 19-1641 (MN) |
| ) | |
| LEONARD P. STARK, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

At Wilmington this 18th day of October 2019,

IT IS HEREBY ORDERED that:

On September 12, 2019, the Court entered an Order that denied Plaintiff's request to proceed *in forma pauperis* and required Plaintiff to pay the filing fee in full within thirty days from the date of the Order. (D.I. 4). Plaintiff was warned that failure to comply with the Order would result in dismissal of the Complaint. (D.I. 4 ¶ 2). The time has lapsed and Plaintiff has not complied with the Order to pay the filing fee.

Accordingly, the Complaint is **DISMISSED** without prejudice, and the case is **CLOSED**.

_____
The Honorable Maryellen Noreika
United States District Judge