IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
OCT 30 2019

EDWARD THOMAS KENNEDY, )
)
    Plaintiff, )    Case No. 19-cv-1641-(MN)
)
vs. )
)
)
LEONARD P. STARK, et al, )
)
)
    Defendants. )
)
)

## OBJECTION

I, Edward Thomas Kennedy, Plaintiff, am one of the people of Pennsylvania, and in this court of record Objects to the ECF documents 5 titled Order signed 10/18/2019, signed by Maryellen Noreika for it violates the Law of the Case, and it is my wish. Additionally, the said Judge exceeds the court's jurisdiction and injures the plaintiff in loss of rights.

Dated: October 26, 2019.

*signature*

Edward Thomas Kennedy, Plaintiff.
800 Court Street, Apt 223
Reading, PA 19601.

*The plaintiff is Self-represented.*

Edward Thomas Kennedy
800 Court St., Apt. 223
Reading, PA 19601

HARRISBURG PA 171
28 OCT 2019 PM 1 1

FILED
OCT 30 2019
US DISTRICT COURT
DISTRICT OF DELAWARE

Clerk of Court
US District Court
844 N. King St.
Wilmington DE 19801

19801-357099